UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| DAVIN POKOIK, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> APPLIED OPTOELECTRONICS, INC., CHIH-HSIANG LIN, and STEFAN J. MURRY, <br><br> Defendants. | Case No. 4:18-cv-3722 |

## PLAINTIFF'S CERTIFICATE OF INTERESTED PERSONS

In accordance with Federal Rule of Civil Procedure 7.1 and this Court's Order, Plaintiff Davin Pokoik files this Certificate of Interested Parties, and identifies the following as persons and entities that may have a financial interest in the outcome of this litigation. Any publicly traded entities are underlined below.

Davin Pokoik

Applied Optoelectronics, Inc.

Chih-Hsiang Lin

Stefan J. Murry

Respectfully submitted,

/s/ Willie C. Briscoe
Willie C. Briscoe
Texas Bar No.: 24001788
Southern District No.: 25157
**THE BRISCOE LAW FIRM, PLLC**
3131 McKinney Avenue, Suite 600
Dallas, Texas 75204
214-643-6011
281-254-7789 (Facsimile)
wbriscoe@thebriscoelawfirm.com

**POMERANTZ LLP**
Jeremy A. Lieberman
(*pro hac vice application forthcoming*)
J. Alexander Hood II
(*pro hac vice application forthcoming*)
600 Third Avenue, 20th Floor
New York, NY 10016
Telephone: (212) 661-1100
Facsimile: (212) 661-8665
Email: jalieberman@pomlaw.com
Email: ahood@pomlaw.com

**POMERANTZ LLP**
Patrick V. Dahlstrom
(*pro hac vice application forthcoming*)
Ten South LaSalle Street, Suite 3505
Chicago, Illinois 60603
Telephone: (312) 377-1181
Facsimile: (312) 377-1184
Email: pdahlstrom@pomlaw.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on this 31st day of October, 2018, the foregoing was served on all counsel of record via CM/ECF notification.

/s/ Willie C. Briscoe
WILLIE C. BRISCOE